UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:23-cv-2099 AC P |
| Plaintiff, | |
| v. | ORDER |
| P. CAMPO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The complaint names as defendants Ankintola, Campo, Kahlon, Anugwara, and Mitchell and alleges violations of plaintiff's Eighth Amendment rights due to inadequate treatment of his blood pressure. ECF No. 1. Although plaintiff submitted the complaint for e-filing as a new complaint, see ECF No. 1-1, it appears that the pleading was intended as an amended complaint in Foust v. Ankintola (Foust I), No. 2:23-cv-1208 AC, which names the same defendants—except Mitchell—and makes nearly identical allegations regarding plaintiff's blood pressure treatment.[1]

////

////

---

[1] Plaintiff has yet to file a signed complaint in Foust I and was recently given a final chance to do so. See Foust I, ECF No. 10.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the complaint in this case as a second amended complaint in <u>Foust v. Ankintola</u>, No. 2:23-cv-1208 AC, and close this case.

DATED: September 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE